IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES ex rel.,** **ANDERSON MASONRY COMPANY** **et al.,** | Case No. 3:11 cv 180 District Judge: Walter Herbert Rice |
| Plaintiffs, | |
| v. | |
| **BETTER BUILT CONSTRUCTION** **SERVICES, INC., et al.,** | **NOTICE OF DISMISSAL** **OF ALL CLAIMS** |
| Defendants. | |

Now come the Plaintiffs, by and through counsel, reporting to this court that a settlement of all claims has been reached and, therefore, all claims in the above-captioned matter are dismissed with prejudice to new action.

APPROVED:

_____
JUDGE WALTER HERBERT RICE

Respectfully submitted,

By /s/ Richard L. Carr, Jr.
    Richard L. Carr, Jr. (0003180)
    Donald B. Rineer (0071511)
    DUNLEVEY, MAHAN & FURRY
    110 North Main Street; Suite 1000
    Dayton, Ohio  45402
    Phone: 937-223-6003
    Fax: 937-223-8550
    Email: rlc@dmfdayton.com

ATTORNEYS FOR PLAINTIFFS